**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                    CASE NO. 4:99cr72-RH

**ANTWAN LENARD WEATHERSBEE,**                DOCKET NO. 4:06mj026-WCS

    **Defendant.**
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is ORDERED that the Defendant shall appear before Judge Hinkle on **March 17, 2006, beginning at 10:00 A.M.**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on February 16, 2006.


      S/ William C. Sherrill, Jr.
      **WILLIAM C. SHERRILL, JR.
      UNITED STATES MAGISTRATE JUDGE**